UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TANYA COURVILLE<br>KODY COURVILLE | CIVIL ACTION NO. 07-2006 |
| VS. | JUDGE DOHERTY |
| LOWE'S HOME CENTERS, INC. | MAGISTRATE JUDGE METHVIN |

*JURISDICTIONAL AMOUNT REVIEW*

  This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

  Plaintiffs allege as follows: they purchased twelve 4x4 boards of wood from defendant's store and requested assistance in loading the wood into their vehicle. After waiting approximately 15 minutes for assistance, plaintiffs attempted to load the wood themselves. Plaintiff Tanya Courville reached up and grabbed a board and other boards fell on her, striking her neck, back and right leg.

  During her recent deposition, plaintiff Tanya Courville testified that her treating physician Dr. Louis Blanda, has recommended that she undergo cervical spine surgery. Plaintiffs seek damages for Tanya Courville's pain and suffering, loss of wages, medical expenses, and mental anguish, and for Kody Courville's loss of consortium as a result of the injuries suffered by his wife.

2

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on January 8, 2008.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)